David A. Chami (SBN 027585)
Price Law Group, APC
1204 E. Baseline Rd., Suite 102
Tempe, AZ 85283
T: (818) 907-2030
F: (818) 205-2730
E: david@pricelawgroup.com
Attorneys for Plaintiff,
Tim Grattan

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tim Grattan, | Case No.: CV-16-02150-PHX-DLR |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| DiTech Financial, LLC, et al., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Tim Grattan, and Defendant, DiTech Financial, LLC. ("DiTech"), have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty (40) days. The parties request the Court vacate all deadlines in this matter as to DiTech only. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

//

//

1  DATED this 7th day of October, 2016

**PRICE LAW GROUP, APC**

By: /s/ David A. Chami
David A. Chami (SBN 027585)
david@pricelawgroup.com
Attorneys for Plaintiff
Tim Grattan

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

/s/ Florence Lirato