# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tim Grattan, | No. CV-16-02150-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| DiTech Financial LLC, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal with prejudice. (Doc. 31.) For good cause shown,

**IT IS ORDERED** that Defendant Ditech Financial, LLC fka Green Tree Servicing, only, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party to bear their own attorneys' fees and costs.

Dated this 4th day of November, 2016.

Douglas L. Rayes
United States District Judge