PRICE LAW GROUP, APC
David A. Chami, AZ #027585
1204 E Baseline Rd., Suite 102
Tempe, AZ 85283
P: 818-907-2133
F: 866-401-1457
david@pricelawgroup.com
Attorneys for Plaintiff Tim Grattan

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TIM GRATTAN,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>DITECH FINANCIA, LLC; TRANS UNION LLC; and EXPERAIN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendants. | Case No.: 2:16-cv-02150-PHX-DLR<br><br>**STIPULATION FOR DISMISSAL OF TRANS UNION LLC WITH PREJUDICE** |

Plaintiff Tim Grattan by and through his attorneys, Price Law Group APC, and Defendant Trans Union LLC. by and through its attorneys, Philip R. Wooten PC, hereby stipulate to dismiss the above action with prejudice, each to bear its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Respectfully submitted this 2nd day of December, 2016,

                               **PRICE LAW GROUP, APC**

                               By:  /s/David A. Chami

                               David A. Chami
                               1204 E. Baseline Road, Suite 102
                               Tempe, Arizona 85283
                               Attorneys for Plaintiff Latrice Cannon


                               **PHILIP R. WOOTEN PC**

                               By: /s/Philip R. Wooten
                               Philip R. Wooten
                               Philip R. Wooten PC
                               3413 E. Equestrian Trail
                               Phoenix,  AZ  85044-3403  4330  598-4331
                               Counsel for Trans Union LLC

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 2nd day of December 2, 2016. Notice of this filing will be sent to all parties by operation of the court's electronic filing system.

/s/ Sandra Padilla