# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tim Grattan, | No. CV-16-02150-PHX-DLR |
| Plaintiff, | **ORDER** |
| v. | |
| DiTech Financial LLC, et al., | |
| Defendants. | |

The Court has reviewed the parties' Stipulation for Dismissal of Trans Union LLC with prejudice. (Doc. 33.) For good cause shown,

**IT IS ORDERED** that Defendant Trans Union, only, is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party to bear their own attorneys' fees and costs.

Dated this 7th day of December, 2016.

Douglas L. Rayes
United States District Judge