# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tim Grattan,<br><br>             Plaintiff,<br><br>v.<br><br>DiTech Financial LLC, et al.,<br><br>             Defendants. | No. CV-16-02150-PHX-DLR<br><br>**ORDER** |

The Court has reviewed the parties' Stipulation of Dismissal of Defendant Experian Information Solutions, Inc. with Prejudice. (Doc. 35.) For good cause shown,

**IT IS ORDERED** that Defendant Experian Information Solutions, Inc. only is hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that each party to bear their own attorneys' fees and costs.

Dated this 9th day of March, 2017.

Douglas L. Rayes
United States District Judge